COUNTY OF MERCER v. TOWNSHIP OF WEST WINDSOR.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUNELL TAFT WICKS.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM C. NORRIS.

May 28, 1980.

Petition for certification denied.